# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELISE LAMARTINA | CIVIL ACTION |
| VERSUS | NO. 21-01030 |
| CITY OF MANDEVILLE, et al. | SECTION: "T"  (4) |

## O R D E R

The undersigned United States District Judge recuses himself from further participation in this case pursuant to 28 U.S.C. § 455(a). The Clerk of Court is **ORDERED** to reallot the above-captioned case to another section of court. All dates remain in effect unless modified by the judge to whom this case is transferred.

New Orleans, Louisiana, this 21st day of July, 2021.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

**Clerk to mail copy of this order to:**
Elise LaMartina
4411 Birdsong Blvd
Lutz, Florida 33559

7/21/21
REALLOTTED TO
**SECT. L**